UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA PURVIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:18-cv-1670 |
| MENARD, INC., | ) |
| Defendant. | ) |

**PETITION FOR REMOVAL OF ACTION**

Comes now Defendant, Menard, Inc., by its counsel, and for its Petition for Removal of Action, states as follows:

1. On April 20, 2018, Plaintiff filed her Complaint in the Marion Superior Court 7 under Cause Number 49D07-1804-CT-015242. Plaintiff Barbara Purvis alleges that she sustained damages as a result of an incident at a Menard store.

2. Defendant Menard, Inc. is incorporated under the laws of the State of Wisconsin with its principal place of business is in Eau Claire, Wisconsin.

3. Plaintiff Barbara Purvis is a citizen of the State of Indiana.

4. This cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

5. Pursuant to Local Rule 81.1, Defendant certifies that to the best of its knowledge, information, and belief, the amount in controversy exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff's Complaint for Damages has an open prayer for damages and alleges that Plaintiff "sustained severe and permanent injuries," as well as "significant pain and suffering," and will incur additional medical expenses in the future.

7. Defendant Menard, Inc. was served with Plaintiff's Complaint on April 27, 2018.

8. The undersign counsel accepted defense of this matter on May 16, 2018.  Counsel promptly communicated with plaintiff's counsel to establish the amount in controversy and have not received a response to date.

9. Copies of all pleadings filed in the state court action that are in the possession of Defendant Menard, Inc. and are attached as Exhibit "A".

10. Contemporaneously herewith, written notice is being provided to all adverse parties and to the Clerk of the Marion Superior Court 7 that this Notice of Removal is being filed in this Court.

WHEREFORE, Defendant, Menard, Inc., prays that the entire state court action under Cause No: 49D07-1804-CT-015242 now pending in the Marion Superior Court 7 of Indiana be removed to this Court for all further proceedings.

Dated this 1st day of June, 2018

        Respectfully submitted,

        KOPKA PINKUS DOLIN, PC


By: */s/ Jessica N. Hamilton*
    Jessica N. Hamilton, (#34268-71)
    Leslie B. Pollie (#25716-49)
    *Attorney for Defendant Menard, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of June, 2018, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Teresa L. Todd
22 E. Washington St., Suite 210
Indianapolis, IN 46204
terri@terriltodd.com
*Attorney for Plaintiff Barbara Purvis*

Richard P. Batesky, Jr.
**Batesky Law Office**
22 E. Washington St., Suite 210
Indianapolis, IN 46204
rpbatesky@aol.com
*Attorney for Plaintiff Barbara Purvis*

      */s/ Jessica N. Hamilton*
      Jessica N. Hamilton, (#34268-71)

**KOPKA PINKUS DOLIN PC**
550 Congressional Blvd., Suite 310
Carmel, IN 46032
(317) 818-1360/Fax: (317) 818-1390
jnhamilton@kopkalaw.com
lbpollie@kopkalaw.com